United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEVITATION ARTS INC, | No. MISC 08-80121  MHP |
| Plaintiff(s), | **REFERRAL ORDER** |
| v. | |
| FASCINATIONS TOYS & GIFTS INC et al, | |
| Defendant(s). | |

This matter is hereby referred to a magistrate judge for resolution of the above-listed action, filed before this court on June 3, 2008.

Dated: June 13, 2008

MARILYN HALL PATEL
United States District Court