1  Paul Adams (Bar No. 42,146)
   THE ADAMS LAW FIRM
2  550 West C Street, Suite 2000
   San Diego, California 92101
3  Telephone: 619-241-4810
   Facsimile: 619-955-5318
4
   Paul Adams
5  THE ADAMS LAW FIRM
   901 Rio Grande Blvd. NW, Suite H262
6  Albuquerque, New Mexico 87104
   (505) 222-3145
7  (505) 222-3147 facsimile

8
                       **UNITED STATES DISTRICT COURT**
9
                       **NORTHER DISTRICT OF CALIFORNIA**
10
                              **(San Francisco Division)**
11

12 | LEVITATION ARTS INC.,              | No.  MISC 08-80121 MHP

13 |            Plaintiff,               |
                                         | **ENTRY OF**
14 | v.                                  | **APPEARANCE**

15 | FASCINATIONS TOYS & GIFTS, Inc.
   | et al.
16 |            Defendants.

17

18      COMES NOW, Paul Adams, attorney, of THE ADAMS LAW FIRM, and enters his

19 appearance on behalf of the Plaintiff, LEVITATION ARTS, INC. in the above-entitled

20 cause of action.

21      Dated this 10th day of July, 2008.

22                                          **THE ADAMS LAW FIRM**

23

24                                          By  *s: Paul Adams*
                                                Paul Adams, (Bar No. 42,146)
25                                              550 West C Street, Suite 2000
                                                San Diego, California 92101
26                                              Telephone: 619-241-4810

27                                          Attorney for Plaintiff

28

                                                         Entry of Appearance- 1

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on July 10, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to:

David Lowe
Black Lowe & Graham, PLLC
701 Fifth Avenue, Suite 4800
Seattle, WA 98104
lowe@blacklaw.com

Dale C. Campbell
Weintraub Genshlea Chediak
Law Corporation
400 Capitol Mall, 11th Floor
Sacramento, CA 95814

_s: Paul Adams_

Entry of Appearance- 2