1
2
3
4
5                           UNITED STATES DISTRICT COURT
6                          NORTHERN DISTRICT OF CALIFORNIA
7

| | |
|---|---|
| LEVITATION ARTS, INC., | No. C 08-MC-80121 MHP |
|         Plaintiff, | CLERK'S NOTICE OF DISCOVERY REFERRAL AND TO SET TIME FOR HEARING ON DEFENDANT'S' MOTION TO COMPEL |
|   v. | |
| FASCINATIONS TOYS & GIFTS, INC. et al. | |
|         Defendant. | |

TO ALL PARTIES AND COUNSEL OF RECORD:

The above matter has been referred to Magistrate Judge Wayne D. Brazil for resolution of Defendants' Motion to Compel, filed on June 4, 2008.

A hearing is set on Defendants' Motion for **Wednesday, August 27, 2008, at 1:30 p.m.** in Courtroom 4, 3rd Floor, United States Courthouse, 1301 Clay Street, Oakland, California 94612.

Please refer to the Standing Order of Magistrate Judge Wayne D. Brazil, a copy of which can be found at www.cand.uscourts.gov, for further information and requirements.

Dated:  July 31, 2008                          Richard W. Wieking, Clerk
                                               United States District Court

                                               *Sarah Weinstein*

                                               By: Sarah Weinstein
                                               Law Clerk/Deputy Clerk