UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

**MAGISTRATE WAYNE D. BRAZIL**

CIVIL MINUTE ORDER

Date:  August 27, 2008            Start Time:   1:30 p.m.   End Time: 1:50 p.m.

TITLE OF CASE    *Levitation Arts, Inc. v. Fascinations Toys & Gifts, Inc., et al.*

DOCKET NO.:       C 08-MISC-80121 MHP (WDB)


FTR 8/27/08, 1:30 p.m.

Hearing Location: Courtroom 4

ATTORNEY(S)

Plaintiff:    Paul Adams, Esq.

Defendant:  David Lowe, Esq.

**PROCEEDINGS**

| | |
|---|---|
| [] INITIAL STATUS CONFERENCE | [] SETTLEMENT CONFERENCE (1ST) |
| [ ] FOLLOW-UP STATUS CONFERENCE | [] FOLLOW-UP SETTLEMENT CONF. |
| [] PRETRIAL CONFERENCE (NOT FINAL) | [] DISCOVERY CONF. (INFORMAL) |
| [] FINAL PRETRIAL CONFERENCE | [X] DISCOVERY HEARING (FORMAL) |
| [] DISPOSITIVE MOTION (ORDER) ONLY) | [] EXAM. OF JUDGMENT DEBTOR |
| [] DISPOSITIVE MOTION (OPINION) | [] EVIDENTIARY HEARING |

ORDER TO BE PREPARED BY:  () Plaintiff    () Defendant    (x) Court

Court conducted a hearing on Defendants' Motion to Compel.  See later-filed separate Order.