## David Lowe

| | |
|---|---|
| **From:** | Bruce Isaacs [bisaacs@wymanisaacs.com] |
| **Sent:** | Wednesday, August 27, 2008 3:38 PM |
| **To:** | David Lowe |
| **Cc:** | Paul Adams; Bruce Isaacs |
| **Subject:** | Levitation Arts v. Fascinations |

**David and Paul:**

**As you both know, I am the attorney for third party Master Replicas/Corgi. We were served with a subpoena by Fascinations.**

**To the extent the court orders us to produce documents, please be advised that we would respectfully request that we be granted to and including September 18, 2008 within which to produce the documents.**

**Thank you.**

**bi**

Bruce Isaacs,Esq.
Wyman & Isaacs, LLP
8840 Wilshire Blvd., Suite 200
Beverly Hills, CA 90211
ph: (310) 358-3204; fax (310) 358-3224
bisaacs@wymanisaacs.com